## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-2305

TERRANCE TSCHATSCHULA,

      Plaintiff,

v.

TZ INSURANCE SOLUTIONS LLC,

      Defendant.

---

## NOTICE OF REMOVAL

---

Defendant TZ Insurance Solutions LLC ("Defendant" or "TZ"), by and through undersigned counsel, files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and hereby removes to this Court the action captioned *Terrance Tschatschula v. TZ Insurance Solutions LLC.*, Case No. 2022S357 (the "State Court Action"), in the Small Claims Court, Arapahoe County, Colorado (the "State Court"). In support thereof, the Defendant TZ asserts the following short and plain statement of facts that entitle it to removal:

### I.      THE REMOVED CASE

1. Plaintiff Terrance Taschatschula ("Plaintiff") commenced the State Court Action by filing a Complaint with the State Court on July 26, 2022. A true and correct copy of the Complaint and exhibits filed in the State Court Action is attached hereto as **Exhibit A**.

2. On August 9, 2022, Defendant TZ received a copy of the Complaint and Summons in the State Court Action.

## II.      SUBJECT MATTER JURISDICTION

3.      Defendant TZ may remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction . . . ." 28 U.S.C. § 1441(a). Defendant TZ removes this case pursuant to 28 U.S.C. § 1441 as an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331.

4.      Plaintiff's Complaint presents questions of law arising under laws of the United States, particularly the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 *et seq.* ("TCPA") and regulations adopted by the Federal Communications Commission implementing the TCPA, 47 C.F.R. § 64.1200 *et seq*. ("FCC Regulations").  In the State Court Action, Plaintiff alleges that Defendant TZ violated the national do-not-call regulation, which arises pursuant to federal law—i.e., the TCPA and FCC Regulations.  47 CFR § 64.1200(c)(2); 47 U.S.C. § 227(c). Accordingly, the Complaint seeks relief under federal law and raises questions of federal law.

5.      Insofar as Plaintiff might urge that the reference in the Complaint to alleged violation of the national do-not-call regulations is not sufficient to raise  a federal question, the artful pleading doctrine provides an additional basis for removal. Plaintiff's claim is clearly based on TZ's alleged duties under the federal TCPA and FCC Regulations. "[A] plaintiff may not defeat removal by omitting to plead necessary federal questions." *Rivet v. Regions Bank of Louisiana*, 522 U.S. 470, 475, 118 S.Ct. 921, 139 L.Ed.2d 912 (1998) (quotations omitted).   "If a court concludes that a plaintiff has 'artfully pleaded' claims in this fashion, it may uphold removal even though no federal question appears on the face of the plaintiff's complaint." *Ibid*.  "Under the 'artful pleading' doctrine, ... a plaintiff may not defeat removal by failing to plead federal questions that are *essential elements* of the plaintiff's claim." *Schmeling v. NORDAM*, 97 F.3d 1336, 1339

(10th Cir. 1996). Stated differently, if a plaintiff's right to relief depends on a substantial question of federal law, a plaintiff may not avoid removal merely by failing to plead that essential element.

6.      The failure of Plaintiff to specifically cite to 47 CFR § 64.1200(c)(2) and 47 U.S.C. § 227(c), and instead to only refer to national do-not-call regulations, is not a proper basis for Plaintiff to avoid removal to federal court.  Plaintiff has included in the four corners of the Complaint a federal question, by referring to federal regulations, or alternatively the reference is a sufficient basis for removal under the artful pleading doctrine.

7.      Accordingly, this Court has subject matter jurisdiction over this matter because it involves claims arising under the laws of the United States.

### III.      REMOVAL IS TIMELY

8.      "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).

9.      This Notice of Removal is timely filed with this Court pursuant to 28 U.S.C. § 1446(b), because thirty days have not expired since the Complaint and Summons was served on Defendant TZ.

### IV.      NOTICE

10.      Concurrently with the filing of this Notice of Removal, Defendant TZ is giving written notice of removal to Plaintiff by serving Plaintiff with a copy of this Notice of Removal, together with all exhibits, and by filing a copy of this Notice of Removal with the Clerk of the

State Court pursuant to 28 U.S.C. § 1446(d).  A copy of the State Court Notice of Filing of Notice of Removal, without its exhibit, is attached hereto as **Exhibit B**.

**V.**   <u>**CONCLUSION**</u>

11.   Pursuant to 28 U.S.C. § 1441(a), this Notice of Removal is properly filed in this Court pursuant to 28 U.S.C. § 1441(a), as the District of Colorado embraces Arapahoe County, where the State Court Action is pending

12.   There are no other cases related to the instant action, and Defendant TZ has not attempted to remove this case previously.

13.   Defendant TZ hereby reserves any and all rights to assert any and all defenses to Plaintiff's Complaint, including, but not limited to, insufficiency of process, lack of personal jurisdiction, and improper venue, and failure to state a claim upon which relief may be granted.

**WHEREFORE**, Defendant TZ Insurance Solutions LLC respectfully removes Plaintiff's State Court Action from the Arapahoe County, Colorado, Small Claims Court to this Court, pursuant to 28 U.S.C. § 1441, and requests that further proceedings be conducted in this Court as provided by law.

DATED: September 7, 2022.

Respectfully submitted,

**HOLLAND & KNIGHT, LLP**

By: */s/ Kensye N. Wood*
Kensye N. Wood, #56460
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: Kensye.Wood@hklaw.com

*Attorney for Defendant TZ Insurance
Solutions LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on this 7th day of September, 2022, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was served on Plaintiff Terrance Tschatschula by placing it in the United States mail, postage pre-paid, and addressed to the following:

Terrance Tschatschula
7342 South Chapparal Circle East,
Centennial, Colorado 80016

*/s/ Alanna Moore*
Alanna Moore

6