# EXHIBIT A

RJ 8.1.22   8/31/aa

Small Claims Court **ARAPAHOE** County, Colorado
Court Address: 1790 WEST LITTLETON BLVD
LITTLETON, COLORADO 80120

PLAINTIFF(S): TERRANCE TSCHATSCHULA
Address: 7242 SOUTH CHAPPARAL CIRCLE EAST
City State Zip: CENTENNIAL, COLORADO 80016
Phone: Home 720 762 3114   803 296 0423

**Filed**
JUL 26 2022

DEFENDANT(1): TZ INSURANCE SOLUTIONS LLC
Address: 2200 FLETCHER AVE, 4TH FLOOR
City State Zip: FORT LEE, NEW JERSEY 07024
Phone: Work 800 966 5941

▲ COURT USE ONLY ▲
Case Number:

S

DEFENDANT(2): ___
Address: ___
City State Zip: ___
Phone Home ___ Work ___ Cell ___

Division A   Courtroom 6

### NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL (Part 2)

If Defendant(s) is are other than a person, go on-line at www.coloradosos.gov to determine the registered agent for service of this notice. Please enter name and address of the agent. Name **CORPORATION SERVICE COMPANY**
Address: 1900 WEST LITTLETON BLVD, LITTLETON, COLORADO 80120

1. The Defendant(s) is are in the military service ☐Yes ☒No ☐Unknown
2. The Defendant(s) reside(s), is/are regularly employed, has/have an office for the transaction of business or s are a student in this county, or real property located in this county is the subject of claim(s) arising from a restrictive covenant or security deposit dispute. ☒Yes ☐No
3. I/We understand that it is my/our responsibility to have each Defendant served with the "Defendant's Copy" of this Notice by a person whose age is 18 years or older and who is not a party to this action 15 days prior to the trial and to provide the Court with written proof of service. ☒Yes ☐No
4. I am an attorney ☐Yes ☒No

#### Notice and Summons to Appear for Trial

**To the Defendant(s):**
You are scheduled to have your trial in this case on _____ (date) at _____ (time) at the Court address stated in the above caption. Bring with you all books, papers and witnesses you need to establish your defense. If you do not appear, judgment may be entered against you. If you wish to defend the claim or present a counterclaim, you must provide a written response or written counterclaim on or before the scheduled trial date and pay a **nonrefundable** filing fee.

Dated 7-26-2022

Clerk of Court/Deputy Clerk

**Plaintiff(s)'s Claim** (Please summarize reasons to support your claim below.)
The Defendant(s) owe(s) me $ 7500.00, which includes penalties plus interest and costs allowed by law, and or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested)

MY TELEPHONE NUMBERS ARE ON THE NATIONAL DO NOT CALL REGISTRY (NDNCR). ON JULY 15, DEFENDANT USED A ROBO CALL CENTER TO CALL ME IN AN EFFORT TO SELL ME MEDICARE SUPPLEMENT INSURANCE FROM MUTUAL OF OMAHA. THIS CALL VIOLATED THE PROVISIONS OF NDNCR. I AM ASKING FOR A JUDGMENT OF $7500 PLUS COSTS. THE FINE FOR VIOLATION OF NDNCR IS $43,792 PER CALL.

**Note:** The combined value of money, property, specific performance or cost to remedy a covenant violation cannot exceed $7,500.00. I/we declare under penalty of perjury under the law of Colorado that the foregoing is true and correct. I/we have not filed in any Small Claims Court in this County more than 2 claims during this calendar month, nor more than 18 claims in this County in this calendar year.

Dated JULY 26, 2022

Plaintiff's Signature

You must complete and fill out a response and or counterclaim on reverse side of Defendant's copy and bring to Court
**Defendant's Response** (If responding, pay the appropriate filing fee) I do not owe the Plaintiff(s) or am not responsible to the Plaintiff(s) because

_____

_____

_____

**Defendant's Counterclaim** (If submitting a counterclaim, pay the appropriate filing fee)
The Plaintiff(s) owe(s) me $_____, which includes penalties, plus interest and costs allowed by law and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons (if seeking return of property, please describe the property being requested)

_____

_____

❑ The amount of my/our counterclaim does not exceed the jurisdictional amount of the Small Claims Court of $7,500.00
❑ The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court, but I/we wish to limit the amount that I/we wish to recover from the Plaintiff to $7,500.00
❑ The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court and I/we wish to have the case sent to ❑County Court (only if I/we wish to limit the amount I/we can recover from the plaintiff to $25,000.00) ❑District Court (I/we do not wish to limit the amount I/we can recover from the Plaintiff(s)) and will pay the appropriate filing fee. I/we am/are filing a Notice of Removal and paying the appropriate filing fee to the Court at this time

I am an attorney. ❑Yes ❑No
I declare under penalty of perjury that this information is true and correct and that I mailed a copy of the Response/Counterclaim to the Plaintiff(s) at the address(es) stated on this form on _____ (date)

_____  _____
Defendant's Address

_____  _____  _____
Defendant's Signature          Date         Telephone #   Home          Work          Cell

### Information for Defendants in Small Claims Cases

A. **Filing Fees.**
   Response without a counterclaim
   - Claim $500.00 or less: $26.00
   - Claim over $500.00 but less than $7,500.00: $41.00
   Response with a counterclaim
   - If Plaintiff's claim is $500.00 or less and counterclaim is $500.00 or less: $31.00
   - If Plaintiff's claim is more than $500.00 or counterclaim is more than $500.00: $46.00

B. **Response.** You have been served with a Summons. If you fail to appear on the trial date shown on this notice, judgment may be entered against you. If you wish to defend the claim or present a counterclaim, you must file with the Court Clerk a written response or counterclaim on or before the scheduled trial date, provide a copy to the Plaintiff(s), pay the appropriate **nonrefundable** filing fee and appear on the date set for trial in this notice with all evidence and witnesses needed to establish your defense

C. **Subpoenas.** Upon your request, the clerk will issue a subpoena to require witnesses to appear or bring documents for your trial. It is your responsibility to complete the information needed on the subpoena and to have the subpoena served. Subpoenas must be served personally and may be served by a person over the age of 18 that is not a party to the case. Subpoenas must be accompanied by a check for payment of witness fees and mileage for any witnesses served

D. **Counterclaim.** If you have a claim against the Plaintiff(s), you must file with the Court clerk the Defendant's counterclaim at the top of this form, provide a copy of the counterclaim to the Plaintiff(s) prior to the trial, and pay the appropriate **nonrefundable** filing fee. If you settle your counterclaim before trial, notify the Small Claims Court and the Plaintiff(s) in writing. If you want your case heard by a Court of greater jurisdiction, you must complete and file this form, pay the appropriate filing fee (County: Under $999.99 = $85.00; $1,000 - $14,999.99= $105.00; $15,000.00 - $25,000 = $135.00. District: $235.00) and file a Notice of Removal (JDF 251) at least **7 days before the trial date shown on this Notice.**

E. **Trial Responsibility.** You have a right to a trial. Bring all evidence necessary to establish your defense and/or counterclaim, books, papers, repair bills, photographs or other exhibits. If the suit involves the delivery of personal property, be prepared to deliver the property immediately after trial. Be on time. If you are late, the Court may enter judgment against you

F. **Appeal.** If you wish to appeal, you must file your notice of appeal within 14 days of the judgment and proceed according to C.R.C.P. 411

G. **Judgment.** The Court does not collect any judgment, but will help with the necessary forms
   **Money Judgment.** If judgment is entered against you, you are expected to immediately pay the judgment, including filing fees and court costs. If the judgment is not paid immediately, you must answer questions about your assets and income and the other party can obtain a writ of garnishment or execution against your wages or property. Once the judgment is paid, you are entitled to have the judgment satisfied.
   **Non-monetary Judgment.** If the Court orders immediate possession of the property, performance of a contract, setting aside of a contract or compliance with a restrictive covenant, your failure to comply with the Court order may result in an award of damages and/or being held in contempt

H. **Case Inquiries.** When inquiring about this case, refer to the case number on this notice. Direct all inquiries to the clerk, not the judge or magistrate.

I. **Attorney.** If you want to be represented by an attorney, you or your attorney must file a Notice of Representation of Attorney (JDF 256) at least 7 days before the trial date on this notice. Then the Plaintiff(s) may have representation by an attorney. If the Plaintiff(s) is/are an attorney, you also may be represented by an attorney without filing a notice of representation. Even if there are attorneys in the case, the rules and procedures of the Small Claims Court will still apply

J. **Judicial Officer.** A magistrate or a judge may hear your case. If you want a judge to hear your case, you must file an Objection to a Magistrate Hearing Case (JDF 259) at least 7 days before the trial date set in this notice. The rules and procedures of the Small Claims Court will still apply

K. **Language Interpreter.** If you or a witness requires a language interpreter to be present for hearings, you must contact the Managing Interpreter corresponding to the district in which the case will be heard at least 7 days before the trial date is set on this notice. A language interpreter may only interpret what is said between parties during a hearing and immediately prior to or after the hearing. A language interpreter may not provide legal advice or any other service that is not related to interpreting. Interpreters may not provide any services that may constitute a violation of the language interpreter's Code of Professional Responsibility. A current list of Managing Interpreters can be viewed at http://www.courts.state.co.us/Administration/Custom.cfm?Unit=ctadmin&Page_ID=117

| | |
|---|---|
| SMALL CLAIMS COURT ARAPAHOE COUNTY, STATE OF COLORADO<br>Court Address<br>1790 W. Littleton Blvd<br>Littleton, CO 80120 | |
| PLAINTIFF(S): Terrance Tschatschula | ▲ COURT USE ONLY ▲ |
| v | Case Number: 22S357 |
| DEFENDANT(S): TZ Insurance Solutions LLC | Division: A1 |

### SMALL CLAIMS MEDIATION AND CASE MANAGEMENT ORDER

THIS COURT issues the following Small Claims Mediation and Case Management Order:

### MEDIATION IS MANDATORY

Both parties must attend mediation at least 14 days before trial. Neglect or refusal to schedule or attend mediation may result in you losing the case. Mediation will take place remotely via teleconference.

Each party must pay their mediation fee directly to the mediator. Mediation will not take place if you do not pay the mediator in advance of the mediation or otherwise make payment arrangements with the mediator at the time of scheduling*.

The parties may use any mediators they agree upon, including but not limited to those listed below from the Office of Dispute Resolution ("ODR"). If the parties cannot agree on a mediator outside of ODR they are ordered to use one of the three ODR mediators that work in our district listed here:

- Angela Burdick: phone (303) 886-1900 or email angela@denverrealestatenow.com
- Harry Steinberg: phone (303) 885-5978 or email mediation@wescol.org
- Lynae Walker: phone (303) 481-4264 or email lynae@lwmediation.com

If you are unable to make your Mediation appointment, you must contact the mediator at least 48 hours in advance to reschedule.

If the mediation settles the case, the parties will sign a settlement agreement and the mediator will file the signed agreement with the court. Once the agreement is filed with the court, no further action is usually required by either party unless ordered by the court.

### WHAT HAPPENS IF MEDIATION DOES NOT RESOLVE THE CASE?

If the mediation does not lead to a settlement, both sides to the case must take certain steps in anticipation of trial.

**Defendant must file and Answer and pay an Answer or filing fee:**

**Defendants must file their answer to the complaint prior to the originally set trial date. If you do not file an answer within that time, a judgment may enter against you by default for the amount

requested by the plaintiff in the Notice, Claim and Summons to Appear. Answers must be accompanied by a filing fee or court approved fee waiver. Questions about fees may be directed to the following number: 303-645-6600 x5.

Defendant's may file an answer through the following means:
- In person at the courthouse located at 1790 W. Littleton Blvd. Littleton Colorado 80120
- emailed to the Court at ACJCClerk@judicial.state.co.us or
- mail via US mail with payment of fee included to 1790 W. Littleton Blvd., Littleton Colorado 80120.

## TRIAL PROCEDURE.

Your trial is scheduled for one hour. Each side will have approximately twenty minutes to present his or her side of the case. Please be well prepared.

If you have any exhibits you would like to present during the trial, you must label you exhibits (see below), and make two copies of your originals (one copy for opposing side and one copy for the Court). **YOU MUST BRING TO COURT 3 COPIES OF ANY EXHIBITS YOU WANT THE JUDGE TO SEE.**

**Labelling Exhibits:** Do this BEFORE making copies of exhibits.

  Plaintiffs: Label each document separately using numbers in the lower right corner of the document. For example, Exhibit 1, 2, 3, 4, 5.

  Defendants: Label each document separately using letters in the lower right corner of the document. For example, Exhibit A, B, C, D, E.

**Subpoenas:** If you would like to utilize a subpoena to be served upon a potential witness or someone who may possess evidence that you would like produced, you must request a subpoena through the clerk's office and have it served. (See Rule 510 Colorado Rules of Procedure for Small Claims Courts and Rule 345 of the Colorado Rules of Civil Procedure.)

Failure to follow these instructions may cause your case to be delayed, your evidence not to be considered AND/or may cause you to lose your case.

Small Claims Rules and other valuable information can be found at the State Court web site, www.courts.state.co.us and follow prompts from forms to Small Claims.

DONE AND SIGNED THIS Tuesday, July 26, 2022

/s/ LAQUNYA BAKER                         /s/ COLLEEN CLARK
County Court Judge                        County Court Judge


*To submit a JDF 211 form for Request for Reduced Fees for Mediation, submit the form to Odrmediations@judicial.state.co.us