```
I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   (I C O N)

Status:              CLSD            County Court, Arapahoe County-Littleton
Case #: 2022 S  000357      Div/Room: A1      Type:  Money
            TSCHATSCHULA, TERRANCE vs. TZ INSURANCE SOLUTIONS LLC

                                                          DV STATUS:
Case File Date:  7/26/2022   Case Close Date:  9/08/2022  Appealed: N
                             Confidential Intermediary.............:

                         Bar #   Name
     Judicial Off...: 035309   COLLEEN E CLARK
     Alt Jud Officer: 000000
                         Description                Stat Date      Time     Appear Rm/
     Trial.........: Court Trial                    VACT 10/12/2022 1:30 P  P
     Next Schd Event:                                                0:00
     Last Schd Event:                                                0:00
     Last Event....: Case Closed                    n/a  9/08/2022

     Attorney(s)...: N

     Judgements............:N
     Motions Filed.........:N

     Amount Prayed for.....:       7,500.00

     Jury Fee Paid.........:N


                          ----- PARTIES -----
PARTY  ROL STS    NAME                            ATTORNEY                      ROL
DEF  1            TZ INSURANCE SOLUTIONS LLC
           Business Phone..........: (800) 966-5941
           Business Address........: 2200 FLETCHER AVENUE
                                   : 4TH FLOOR
                                   : FORT LEE, NJ  07024
PTF  1            TSCHATSCHULA, TERRANCE
           Home Address............: 7242 SOUTH CHAPPARAL CIRCLE EAST
                                   : CENTENNIAL, CO  80016
FILE DATE    EVENT DESCRIPTION
 7/26/2022   Notice, Claim & Summ to App        Event ID: 000001
             PTF/    TSCHATSCHULA, TERRANCE
Notice, Claim and Summons to Appear for Trial
 7/26/2022   Order-Case Management              Event ID: 000002
Small Claims Mediation and Case Management Order
 8/04/2022   Return of Service                  Event ID: 000003
             IMP/    NON-PARTY
Affidavit of Service by Disinterested Person
 9/08/2022   Notice of Removal                  Event ID: 000004
             DEF/    TZ INSURANCE SOLUTIONS LLC
DEFENDANT TZ INSURANCE SOLUTIONS LLCS NOTICE OF FILING NOTICE OF REMOVAL
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   9/08/2022
 9/08/2022   Exhibit-Attach to Pleading/Doc     Event ID: 000005
             DEF/    TZ INSURANCE SOLUTIONS LLC
Exhibit A
             Related Event  NTRM Notice of Removal               9/08/2022
 9/08/2022   Case Closed                        Event ID: 000006
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION      SCHD DATE   TIME       ROOM   APPEAR
FILE DATE    SCHEDULED EVENT DESCRIPTION      SCHD DATE   TIME       ROOM   APPEAR
 9/08/2022   Court Trial                      10/12/2022  01:30 PM   A1       P
             Officer: COLLEEN E CLARK                     Length:   1.00 Hour(s)
             Status.: VACT-Vacated

             End of Case: 2022 S   000357
```