IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02305

TERRANCE TSCHATSCHULA,

    Plaintiff,

v.

TZ INSURANCE SOLUTIONS LLC,

    Defendant.

## ENTRY OF APPEARANCE

COMES NOW, Kensye N. Wood, of the law firm of Holland & Knight LLP, duly licensed attorney in the State of Colorado and in good standing of the bar of this Court, and hereby enters her appearance as counsel of record on behalf of Defendant TZ Insurance Solutions LLC.

DATED this 13th day of September, 2022.

    Respectfully submitted,

    */s/ Kensye N. Wood*
    Kensye N. Wood, #56460
    HOLLAND & KNIGHT LLP
    1801 California Street, Suite 5000
    Denver, Colorado 80202
    Phone: 303.974.6660
    Fax:    303.974.6659
    Email: Kensye.Wood@hklaw.com

    *Attorney for Defendant*
    *TZ Insurance Solutions LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of September, 2022, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served on Plaintiff Terrance Tschatschula by placing it in the United States mail, postage pre-paid, and addressed to the following:

Terrance Tschatschula
7342 South Chapparal Circle East,
Centennial, Colorado 80016

                                                        */s/Alanna Moore*
                                                        Alanna Moore